JOHANNA HINES, Appellant, *v.* MARY CIELO, Respondent.

Submitted April 22, 1941; decided May 22, 1941.

*Andrew M. Lawler* and *George M. Mulligan* for appellant.
*Patrick E. Gibbons* and *James E. Turner* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.